So Ordered.

Dated: January 8, 2021



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: PATRICK MELVIN SOUTER and
HOPE SHARON SOUTER,

Debtors.

Chapter 13

Case No. 19-30573-KMP

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtors filed a motion to modify the plan on December 9, 2020 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1. The confirmed chapter 13 plan is modified as stated in the debtors' December 9, 2020 request to modify confirmed plan.

2. Summary of payments: $0.00 monthly November through January 2021, $8,334.00 monthly February through April 2021, $10,501.00 monthly for the remainder of the 60-month plan.

#####