UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: PATRICK MELVIN SOUTER and          Chapter 13

       HOPE SHARON SOUTER,          Case No. 19-30573-KMP

            Debtors.

## ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN

The debtors filed a motion to modify the plan on October 12, 2021 and served notice of the modified plan as required by Bankruptcy Rule 3015, Local Rule 3015, or court order. The modified plan meets the requirements of 11 U.S.C. § 1329, and

IT IS ORDERED THAT:

1.  The confirmed chapter 13 plan is modified as stated in the debtors' October 12, 2021 request to modify confirmed plan.

2.  Summary of payments: $10,501.00 monthly through October 2021, $5,930.00 monthly for the remainder of the 60-month plan.

#####