## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Patrick Melvin Souter and                    Case No. 19−30573−kmp
          Hope Sharon Souter,
                     Debtors.                     Chapter  13

## NOTICE OF CLAIM FILED BY DEBTOR

Pursuant to Rule 3004 of the Federal Rules of Bankruptcy Procedure, you are hereby notified that on May 31, 2022, the Debtors' Attorney filed a proof of claim on behalf of U.S. Bank Trust National Association totaling $273801.65.

Dated: June 1, 2022                    **JANET L. MEDLOCK**
                                          Clerk of Court

                                          By:   Ann Marie B.
                                               Deputy Clerk